UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Empire Community Development LLC and Fay Servicing, LLC, | |
|---|---|
| Plaintiffs, | 25-CV-4192 (AS) |
| -against- | ORDER |
| Derrick Walters, | |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

    Defendant seeks to remove this foreclosure action from the Supreme Court of New York, Orange County. The notice of removal states that the case should be removed to the White Plains Division, and the Southern District of New York's Rules for the Division of Business state that "cases removed from a state court in any of the Northern Counties [including Orange County] . . . will be assigned to White Plains." So this case should be reassigned to the White Plains Division.

    SO ORDERED.

Dated: May 20, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge