Anthony Lopez

609 Court Street, Room 9

Binghamton, NY 13904

**April 24, 2025**

Honorable Kenneth M. Karas

United States District Judge

Southern District of New York

300 Quarropas Street, Chambers 521

White Plains, NY 10601-4150



# MEMO ENDORSED

Re: **Lopez v. Deacon, Case No. 7:23-cv-07327-KMK-JCM**

Dear Judge Karas:

I respectfully submit this letter in response to the defendant's request for dismissal of the above-referenced matter. I kindly request that the Court permit the case to remain open.

I was unable to appear in court due to not receiving notice of the required appearance. Unfortunately, court correspondence was being sent to my previous address at 331 Northrup Avenue, Mamaroneck, NY 10543. When I submitted my motion, I provided an updated address—503 Center Avenue, Mamaroneck, NY 10543. However, my current address is as follows:

**609 Court Street, Room 9, Binghamton, NY 13904.**

Please be assured that my failure to appear was not intentional. I remain fully committed to participating in these proceedings and respectfully request the opportunity to be heard.

For the Court's records, my current contact information is as follows:

Address: 609 Court Street, Room 9, Binghamton, NY 13904

Phone: (646) 633-2132

Email: Anthonylopez0970@gmail.com

Thank you for your time, attention, and consideration in this matter.

Respectfully submitted,

Anthony Lopez





In October 2023, the Court informed Plaintiff that it is his responsibility to update the Court of any change in address, and that the Court may dismiss the Action if he failed to do so. (*See* Dkt. No. 8 at 2.) Plaintiff's last correspondence with the Court, a letter dated January 17, 2025, was sent from 332 Northup Avenue. (*See* Dkt. No. 34 at 2.) Plaintiff now asserts that he updated his address in a motion filing. (Dkt. No. 44 at 1.) There is no such filing on the docket updating Plaintiff's address. Plaintiff must update the Court of any further change of address at the time of the change.

Plaintiff's two-sentence opposition to Defendant's Motion is insufficient. (*See* Dkt. No. 44 at 1.) Plaintiff is directed to file a substantive Opposition brief to the pending Motion by no later than June 13, 2025, explaining why this Action should not be dismissed for failure to prosecute and keep the Court updated as to Plaintiff's address. Defendant shall file a reply by no later than June 27, 2025. The Clerk of Court is respectfully directed to update Plaintiff's address to 609 Court Street, Room 9, Binghamton, NY 13904.

SO ORDERED.

5/30/2025