

# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.      ALAN WEINREB, ESQ.      CYNTHIA A. NIERER, ESQ.

June 2, 2025

**<u>VIA CM/ECF</u>**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street, Court Room 521
White Plains, NY 10601-4150

> **Re:** ***Empire Community Development, LLC v. Derrick Walters, et al.***
> **SDNY Case No.: 7:25-cv-04192-KMK**
> **Plaintiff's Opposition To Defendant's Fourth Repetitive Order To Show <u>Cause</u>**

Judge Karas:

We represent Plaintiff Empire Community Development, LLC ("Plaintiff") and its loan servicer Fay Loan Servicing, LLC in the above referenced matter. Please consider this Letter Plaintiff's opposition to Defendant Derrick Walters' ("Walters" or "Defendant") Fourth Order to Show Cause ("Fourth OTSC") seeking to stay the foreclosure auction of the property known as 3 Palomino Terrace, Newburgh, New York 12550 ("Property") that is scheduled to occur on May 30, 2025 at 2:30PM EST ("Sale"). *See* ECF Dkt. No.: 14.

This Court should deny the Fourth OTSC in its entirety. The Fourth OTSC is a refiling of the same application as Defendant's first, second and third orders to show cause. Defendant's modus operandi, as established by his repetitive filing in this matter before the state court before it was removed to this court, is to continually file repetitive pleadings. He is now improperly acting in this manner is this Court. In addition to denying this OTSC as improper and repetitive, the Property was sold at auction to a third party on Friday May 30, 2025. As such, the stay request is now moot.

> Respectfully,
>
> */s/ Seth D. Weinberg*
> Seth D. Weinberg, Esq.

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

575 Underhill Boulevard, Suite 224      Syosset, New York 11791      T. (516) 921-3838      F. (516) 921-3824      www.nyfclaw.com