UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
EMPIRE COMMUNITY DEVELOPMENT LLC,                    Docket No.: 7:25-cv-04192-KMK

                          Plaintiff,

-AGAINST-

DERRICK WALTERS, UNITED STATES OF AMERICA OBO INTERNAL REVENUE SERVICE; HUDSON HERITAGE FEDERAL CREDIT UNION; SOUTH SHORE ADJUSTMENT CO LLC AS SUCCESSOR ASSIGNEE IN INTEREST TO GE MONEY BANK; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE CIVIL ENFORCEMENT - CO – ATC

                          Defendants.
-------------------------------------------------------------------x

## NOTICE OF MOTION TO REMAND MATTER BACK TO STATE COURT

**PLEASE TAKE NOTICE**, that Plaintiff Empire Community Development LLC ("Plaintiff" or "Empire"), by and through its counsel Margolin, Weinreb & Nierer, LLP, hereby moves the Court, for an order i) remanding this matter back to state court pursuant to 28 U.S.C. §§ 1446(b) and 1447(c), and ii) for such other and further relief this Court deems just and proper. In support of this Motion, Plaintiff relies upon the Declaration of Seth D. Weinberg, Esq. dated June 24, 2025, the exhibits annexed thereto, the Memorandum of Law in Support of Seth D. Weinberg, Esq. dated June 24, 2025, and all pleadings filed in this action that are referenced in the instant motion.

**[SIGNATURE PAGE TO FOLLOW]**

1

Dated: June 24, 2025
Syosset, New York

**MARGOLIN, WEINREB & NIERER, LLP**
*/s/ Seth D. Weinberg*
Seth D. Weinberg, Esq.
575 Underhill Boulevard, Suite 224
Syosset, New York 11791
T: 516-921-3838
E: seth@nyfclaw.com
*Counsel for Plaintiff*

Motion is denied without prejudice for failure to follow the Court's Individual Practices.

So Ordered.

6/25/25